UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESMOND McGILL, | ) | Case No. CV 09-1073-VBF(RC) |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: February 20, 2009

/s/ Valerie Baker Fairbank
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-1073.mdo
2/19/09